# Exhibit A

# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

FOIA Confidential Treatment Requested by Adam and Daniel Kaplan

March 4, 2022

**VIA FEDEX AND SECURE E-MAIL (KEYM@SEC.GOV)**

Marlene Key-Patterson
Senior Counsel
United States Securities and Exchange
Commission
175 W. Jackson Boulevard, Suite 1450
Chicago, IL 60604

Re:   In the Matter of IHT Wealth Management, LLC, C-8834

Dear Marlene,

We write in reference to the February 14, 2022, Subpoena served on our clients, Adam S. Kaplan and Daniel E. Kaplan, requiring production of certain records to the Securities and Exchange Commission (the "Commission"). During discussions with you on February 18 and 23, 2022 regarding the Subpoena, we agreed that rolling productions would begin on March 4, 2022. For your convenience, we have included a table of each category of Document and the corresponding Bates stamp range in Addendum 1 to this letter.

Consistent with that agreement, enclosed is our first production of responsive documents, Bates stamped KAPLAN000001 - KAPLAN013939. We have uploaded this production to the link provided on March 3, 2022 by Brittney Lenear via Kiteworks. The documents, load file, and metadata are in an encrypted .ZIP file, and the password to access the file will be provided in a separate communication. Please let me know if you have any issues accessing the documents.

Specifically, enclosed please find:

Request 1:   The enclosed production includes certain documents pertaining to Request 1, including (i) IHT Wealth Management, LLC's email forwarding Kaplan client Paul Sherrock's S.E.C. complaint to Adam and Daniel Kaplan and (ii) Adam Kaplan's response to IHT Wealth Management, LLC regarding Mr. Sherrock's allegations. Additional Documents responsive to Request No. 1 will be provided in a subsequent production.

Marlene Key-Patterson
March 4, 2022

| | |
|---|---|
| Request 5: | The enclosed production includes Documents responsive to Request 5, including bank statements, brokerage account statements, and credit/debit card statements, controlled by, or held for the benefit of Adam and Daniel. |
| Request 6: | Addendum 2 to this letter includes written responses to Request 6. |
| Request 7: | In response to Request 7, statements from Adam and Daniel's Venmo accounts from April 2018 through February 2022 are enclosed in this production. |
| Request 9: | The enclosed production includes certain Documents responsive to Request 9, including the Amended Statement of Claim and Truncated Pre-Hearing Submission in FINRA Case No. 19-00803; *Adam Scott Kaplan and Daniel Evan Kaplan vs. Merrill Lynch Pierce Fenner & Smith Inc*. Additional documents responsive to this request will be provided in a subsequent production. |
| Request 10: | Addendum 2 to this letter includes written responses to Request 10. |
| Request 11: | Addendum 2 to this letter includes written responses to Request 11. |
| Request 12: | Addendum 2 to this letter includes written responses to Request 12. |

\* \* \*

The production of any document or other information is not intended to be, and should not be considered, a waiver of any privilege or other protection that could be asserted by Adam and/or Daniel Kaplan, and our clients reserve their rights to assert any applicable privileges or protections. To the extent that this production includes information that is protected by any privilege, such production is inadvertent and should not be considered a waiver. Our clients have taken reasonable steps to prevent such inadvertent disclosure. Nevertheless, should we later identify any privilege or protected documents which were inadvertently produced, we will promptly notify you and request the return of all such documents.

We further request that confidential treatment under the Freedom of Information Act ("FOIA") be afforded to this letter (including any attachments hereto), the attached documents, and the information contained herein and therein, as well as any memoranda, notes, transcripts, or writings of any kind that incorporate, include, or relate to any of the matters contained or referred to herein or therein, or in any conference, meeting, or telephone conversation between you and either Adam and Daniel Kaplan or counsel to Adam and Daniel Kaplan.

# CADWALADER

Marlene Key-Patterson
March 4, 2022

Pursuant to 28 C.F.R. § 16.7, Adam and Daniel Kaplan designate this letter and the attached documents as confidential business and financial information protected from disclosure by, among other exemptions, the exemption contained in 5 U.S.C. § 552(b)(4) (referred to as FOIA "Exemption 4"). The documents have been marked with the legend "FOIA Confidential Treatment Requested." In the event the Commission receives a FOIA request to which this letter or the underlying material could be deemed responsive, we request that prompt notice be provided to the undersigned counsel along with a reasonable opportunity to respond prior to any determination by the Commission that any materials will be produced. Our clients' request for confidentiality under FOIA is without prejudice to any other rights, objections, or arguments it may have with respect to the confidential nature, and any production to third parties, of the enclosed material.

The foregoing request for confidentiality under FOIA is without prejudice to any other rights, objections or arguments that Adam and Daniel Kaplan may have with respect to the confidential nature, and any production to third parties, of this letter or the attached documents.

If you have any questions relating to the foregoing, please call me at (212) 504-6226. Thank you.

Sincerely,

*/s/ Todd Blanche*
Todd Blanche

TB

Enclosure

cc:  SEC Centralized Production Unit (*via Secure e-mail ENF-CPU@sec.gov*)
     SEC Office of FOIA Services (*via FedEx*)