Case 2:20-cv-00293-JMA-JMW   Document 92-14   Filed 08/12/21   Page 1 of 1 PageID



