# Inter-Office Telephone Directory

| Name | Extension | Name | Extension |
|---|---|---|---|
| Alexander, Heather | 314 | Kaplan, Adam | 364 |
| Baker, Dan | 371 | Kaplan, Daniel | 334 |
| Baker, Ian | 330 | Laby, Ori | 333 |
| Browne, Peter | 312 | McIntosh, Dennis | 367 |
| Cho, Henry | 347 | Perlow, Joseph | 320 |
| Dias, Denzil | 352 | Ottney, Jennifer | 322 |
| Etra, Paul | 346 | Roopan, Bibi | 326 |
| Ganesh, Geeta | 351 | Toussaint, Eliane | 300 |
| Harary, Marc | 345 | | |
| Hirschberg, Diane | 376 | | |

Large Conference Room     316 {Credenza}
Large Conference Room     338 {Table}
Small Conference Room     323

**PRB Main Line:**     (212) 867-7730
**PRB Fax Line:**     (212) 490-0458

**Ameritas Life Insurance :**     (800) 825-1551

**LPL Financial:**     (855) 575-5483
**Service Team Under IHT:**     Team 40

**PRB WEALTH MANAGEMENT**
The Chanin Building
122 East 42nd Street – Suite 1610
New York, NY 10168
PH: 212-867-7730  FX: 212-490-0458
Website: www.prbwm.com

October/2020