# Exhibit 19

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF NEW YORK
 2
     -------------------------------X
 3   UNITED STATES OF AMERICA,
                                    :    23-cr-293
 4                                       (JMA)
          -against-                 :    United States Courthouse
 5                                       Central Islip, New York
     ADAM KAPLAN, DANIEL KAPLAN,
 6                                  :    March 5, 2025
                    Defendants.          10 a.m.
 7   -------------------------------X

 8              TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE JOAN M. AZRACK
 9              UNITED STATES DISTRICT COURT JUDGE

10
     APPEARANCES:
11
     For the Government:       JOHN DURHAM, ESQ.
12                             INTERIM UNITED STATES ATTORNEY
                                 BY: ADAM TOPOROVSKY, AUSA
13                                    REBECCA URQUIOLA, AUSA
                               100 Federal Plaza
14                             Central Islip, New York 11722

15
     For the Defendants:       MARK COHEN, ESQ.
16   - For Deft. A. Kaplan     GALE DICK, ESQ.
                               DREW DEAN, ESQ.
17                             Cohen & Gresser
                               100 Park Avenue
18                             New York, NY 10017

19    - for Deft D. Kaplan     MICHAEL TREMONTE, ESQ.
                               NOAM BIALE, ESQ.
20                             CLAIRE BLUMENTHAL BUCK, ESQ.
                               Sher Tremonte LLP
21                             90 Broad Street
                               New York, NY 10004
22

23   Official Court Reporter:   Paul J. Lombardi, RMR, FCRR
     Ph. (631) 712-6106         100 Federal Plaza - Suite 570
24                              Central Islip, New York 11722
          Proceedings recorded by mechanical stenography.
25              Transcript produced by CAT.
```

Paul J. Lombardi, RMR, FCRR
US District Court Reporter

2

1          THE CLERK:  Calling criminal case 23-293, United
2  States of America versus Adam and Daniel Kaplan.
3          Counsel please state your appearances for the
4  record.
5          MR. TOPOROVSKY:  Good morning, your Honor.
6          Adam Toporovsky and Rebecca Urquiola for the
7  United States.
8          THE COURT:  Good morning.
9          MR. COHEN:  Good morning, your Honor.
10         Mark Cohen, along with Gale Dick and Drew Dean
11 for the defendant Adam Kaplan.
12         THE COURT:  Good morning, Mr. Cohen.
13         MR. BIALE:  Good morning, your Honor.
14         Noam Biale, Claire Blumenthal Buck and Michael
15 Tremonte for Daniel Kaplan.
16         THE COURT:  Good morning.
17         The first matter of business, I believe, is for
18 the defendants to be arraigned on the superseding
19 indictment.  Mr. Cohen, have you reviewed the superseding
20 indictment with your client?
21         MR. COHEN:  Yes, your Honor.
22         THE COURT:  Do you waive a formal reading?
23         MR. COHEN:  Yes.
24         THE COURT:  What plea would you like to enter
25 for him?

1          MR. COHEN:  Not guilty, your Honor.
2          THE COURT:  Mr. Biale?
3          MR. BIALE:  Yes, your Honor.
4          We have reviewed it, waive the reading, plea of
5  not guilty.
6          THE COURT:  All right.
7          The next matter that we need to discuss is a
8  realistic trial date.  Would that be next on your agenda,
9  Mr. Toporovsky?
10         MR. TOPOROVSKY:  Yes, your Honor.
11         THE COURT:  We had set May 5th.
12         Is that realistic anymore?  Let me cut to the
13 chase.
14         MR. TOPOROVSKY:  I understand from the
15 defendants they are going to ask for an adjournment.
16         THE COURT:  I assume that but hope springs
17 eternal.
18         MR. COHEN:  You don't want to hear my argument,
19 Judge?
20         THE COURT:  Not on this.
21         What I had in mind, thinking that you might not
22 be prepared for trial on May 5th, is that what I would do
23 today is set a trial date, because I do need to pin all of
24 you down because of your busy schedules, and then set a
25 motion date and obviously we can have statuses as we go

4

1   along.  What I had in mind, folks, was, I have another
2   criminal trial in Brooklyn probably early July that's
3   going to take some time.
4           So I had in mind September 8th.
5           MR. COHEN:  That works for us, your Honor.
6           THE COURT:  Excellent.
7           MR. COHEN:  Would that be in Brooklyn or here?
8           THE COURT:  No, it would be here, unless you all
9   want it to be in Brooklyn.
10          MR. TOPOROVSKY:  No, your Honor.
11          THE COURT:  Look, you spoke up.
12          MR. BIALE:  That's fine for us, your Honor, and
13  to the extent it's up for discussion we certainly do want
14  it to be in Brooklyn.
15          THE COURT:  I know.
16          MR. BIALE:  We would be happy to host our
17  friends from Central Islip out there.
18          THE COURT:  What does that mean, host them, put
19  them up in a lovely hotel?
20          MR. BIALE:  And it would be cheaper than putting
21  us all up.
22          THE COURT:  I did a criminal case that was a
23  Central Islip case once but it's really their call.  So
24  September 8th is our date.  I think it's realistic.
25          Now what I would like to know is to the extent

5

1  that you have thought about this, I'd like to have the
2  motions, whatever they are, come in in June so that we can
3  wrap them up before August.  Let me ask the defense.
4          Mr. Cohen, what would be a realistic date, to
5  the extent you are going to make motions, for you to
6  serve?
7          MR. COHEN:  June would be fine, your Honor.
8          THE COURT:  If I say June 13th, can you live
9  with that, Mr. Biale?
10         MR. BIALE:  Yes, your Honor.  That's fine.
11         THE COURT:  June 13th to serve.
12         How much time would you like, Mr. Toporovsky?
13         MR. TOPOROVSKY:  June 13th --
14         THE COURT:  They are going to serve you June
15 13th with their motions.
16         MR. TOPOROVSKY:  30 days or less.
17         THE COURT:  Let's say July 11th.
18         And then a reply by July 18th.  I'm going to
19 adjust it.  We are going to say June 6th.  And I'm going
20 to give you until June 27th for the government and then a
21 reply by July 7th.  I want to set a date in July for us to
22 deal with any hearings.  I'm going to set a tentative date
23 the week of July 21st of any hearings that we have to have
24 or argument on the motions so that we have a date.
25         THE CLERK:  July 23rd.

6

1    THE COURT:  So the 23rd at what time?
2    THE CLERK:  10 a.m.
3    THE COURT:  July 23rd 10 a.m. is our schedule
4    for either argument or hearing on the motions depending on
5    what they are.
6         What else do we need to discuss today,
7    Mr. Toporovsky?
8    MR. TOPOROVSKY:  The bond forfeiture, your
9    Honor.
10        I think you were going to schedule a briefing
11   for that.
12   THE COURT:  I will issue an order later today
13   with a schedule for that because I want to see how it fits
14   in to the rest of the schedule.
15        You will get an order.
16   MR. TOPOROVSKY:  Thank you.
17   MR. COHEN:  Your Honor, I wonder if it would be
18   possible to defer that because if there is a conviction at
19   trial that will dispose of the issue.
20   THE COURT:  I'm thinking about that.
21   MR. COHEN:  Okay.
22   THE COURT:  And I already was.  That's why I'm
23   going to issue a separate order on that issue.
24        Yes.
25   MR. BIALE:  Just a clarification, your Honor.

7

1  The schedule we just talked about I assume is for pretrial
2  motions and the court --
3           THE COURT:  Yes, and I'll set another schedule
4  for in limine.
5           MR. BIALE:  That's fine, your Honor.
6           I wanted to see if the government can advise
7  whether they expect any additional discovery to come
8  between now and when those pretrial motions are filed.
9           MR. TOPOROVSKY:  We definitely sent out the
10 discovery that I am aware of.
11          We are obviously continuing to investigate and
12 if we come across something in our files we didn't send
13 out we will send it out.
14          THE COURT:  To the extent you are able to say
15 you have basically turned over all of the discovery on the
16 superseding indictment?
17          MR. TOPOROVSKY:  Your Honor, the superseding
18 indictment discovery was turned over in October and the
19 affidavit, Agent Ianuzzi's affidavit that describes all
20 the conduct that is basically charged in the superseding
21 indictment that was on, I think, September 11th.
22          So the defense has been aware of this conduct
23 for a very long time.
24          THE COURT:  And based on where we are today and
25 what you know do you anticipate whether there is going to

8

1  be any additional large tranche of discovery?
2              MR. TOPOROVSKY:  I am not aware of that, your
3  Honor.
4              I will say that defendant Adam Kaplan is at the
5  MDC.  He is constantly making calls to people.  We will
6  turn over that even though that's technically his
7  statements.
8              THE COURT:  That will be a rolling discovery.
9              MR. TOPOROVSKY:  We will send it out but right
10 now I don't have any intention of sending it out but it's
11 his own statements.
12             THE COURT:  That makes me think we should
13 accelerate this motion schedule if it's basically done.
14             MR. TOPOROVSKY:  Your Honor, I was going to say
15 if it's possible we would like to accelerate the trial
16 date.
17             THE COURT:  I can't because I'm doing a criminal
18 trial in Brooklyn and it's older than your case in July.
19             MR. TOPOROVSKY:  All I was going to say, your
20 Honor, was at the last conference the defendant Adam
21 Kaplan's counsel refused to waive speedy trial.  They
22 challenged the complex case designation and they had all
23 the information of the superseding indictment outside of
24 the literal charges since, I think, October.
25             So for us we thought why do they need so much

9

```
 1   time.
 2              THE COURT:  He just asked for an adjournment of
 3   the trial, Mr. Cohen.
 4              MR. TOPOROVSKY:  I understand, your Honor,
 5   and --
 6              THE COURT:  I assume he's going to waive speedy
 7   trial.
 8              MR. COHEN:  Yes, your Honor.
 9              MR. TOPOROVSKY:  Okay.
10              THE COURT:  I'm sorry to keep moving this.
11              This is not a moving target.
12              MR. COHEN:  Your Honor, if I just may.
13              THE COURT:  You can stay seated.
14              MR. COHEN:  Okay.
15              THE COURT:  Just speak into the microphone.
16              MR. COHEN:  We have obviously not been through
17   all of the discovery.
18              We don't know if it's complete or not.  We may
19   be asking your Honor to approve certain defense subpoenas.
20   So our suggestion would be to hold the schedule your Honor
21   just set to give us time to see if there are discovery
22   issues that we can sort before.
23              THE COURT:  I'm going to advance it a month
24   because it's March.  There is plenty of time and I'd
25   rather have it all completed because then I know there
```

10

1  will be motions in limine.
2        So --
3        MR. BIALE:  Your Honor, I think we have written
4  to the government and asked for some information.  That
5  was just a recent missive.  We haven't gotten a response
6  yet but I think to the extent the government can respond
7  to the inquiry we have made that will resolve a
8  significant portion of our motion which is in the vein of
9  a bill of particulars.  I'm hoping we can take that issue
10 off of the court's plate.
11       And I think, certainly as to us, as to Daniel
12 Kaplan, we would then be in a position to file motions on
13 an accelerated deadline but that would take a significant
14 piece of it out of this for us.
15       THE COURT:  I'm going to assume that either the
16 government will respond in a way that resolves all this
17 or, if not, I'll get involved but I'm still accelerating
18 all of this.
19       May 16th for defense motions, June 6 for
20 government response, June 13th and, Lauren, give us a
21 third week or fourth week in June date.
22       THE CLERK:  June 18th at 10:30.
23       THE COURT:  June 18th at 10:30.
24       That gives me a little more comfort about those
25 motions and motions in limine, if any, that we can deal

```
                                                                11
 1    with before August.  Anything else?  So in terms of that,
 2    given that we have the trial date of September 8th,
 3    Mr. Cohen, you are agreeable to waiving speedy trial?
 4              MR. COHEN:  Yes, your Honor.
 5              THE COURT:  And, Mr. Tremonte?
 6              MR. TREMONTE:  Yes, your Honor.
 7              THE COURT:  What else do we need to discuss?
 8              MR. TOPOROVSKY:  There is nothing else from the
 9    government, your Honor.
10              THE COURT:  I think we have to deal with some
11    medical issues.
12              MR. COHEN:  Well, actually, your Honor, we'd
13    like to be able to come back to your Honor on that.
14              We are trying to --
15              THE COURT:  Fine.
16              I was going to say some people can leave that
17    don't have to deal with them but if you are not prepared
18    to deal with them today I'll deal with them at your
19    convenience.
20              MR. COHEN:  Right.
21              THE COURT:  I am here.
22              I have reviewed a lot of the medical history at
23    the MDC and I urge you to try to resolve them.  But, if
24    not, I am here, as I said before.
25              MR. COHEN:  That's what we are trying to do,
```

12

1  your Honor.

2  We want to make sure our client has the care he
3  needs. Rather than spending today debating what MDC codes
4  mean, let us try to sort it and come back to you.

5  THE COURT: Okay.

6  MR. COHEN: I think there are two housekeeping
7  items, your Honor, not for the court to deal with today
8  but just to raise with the court.

9  As we understand it, there is an outstanding
10 subpoena that the court approved to Tristate, which was a
11 loan company that made certain loans to the clients in
12 this case. We wanted to update the court. As I
13 understand it, we have gotten a partial production from
14 them. We are seeking to get the remaining production. If
15 there is any issue, we will come back to the court on it.

16 THE COURT: Okay.

17 MR. COHEN: And the other issue, your Honor, as
18 I understand it, there was a motion to compel made of IHT
19 which I believe is the financial services firm number one
20 referred to in the indictment and that, as I understand
21 it, was fully briefed as of September 3, 2024 at ECF
22 number 100.

23 THE COURT: Yes.

24 MR. COHEN: So at an appropriate time we just
25 ask the court to set a hearing if the court needs it.

13

1  THE COURT:  I need to go back and look at that
2  because at this point it's been some time.
3  Mr. Toporovsky, IHT fully briefed?
4  MR. TOPOROVSKY:  I don't think that --
5  THE COURT:  Is it your subpoena?
6  MR. TOPOROVSKY:  It was ours.  I think the
7  briefing is between the defense and IHT.
8  THE COURT:  You are not looking at this.
9  MR. TOPOROVSKY:  No.
10  THE COURT:  I'll look at it.
11  Anything else?
12  MR. TOPOROVSKY:  The only thing, your Honor, is
13  for the record all of the plea agreements that were
14  extended to the defendants have expired at this point.
15  THE COURT:  Mr. Tremonte, Mr. Biale, anything
16  else?
17  MR. BIALE:  Nothing, your Honor.
18  THE COURT:  Thank you.
19  I will exclude time between today and the new
20  trial date, September 8th.  The motion schedule is set and
21  I don't expect it will be adjusted and I will consider how
22  to proceed on the forfeiture.
23  MR. TOPOROVSKY:  Thank you, your Honor.
24  THE COURT:  And I'll issue an order.
25  MR. COHEN:  Thank you, your Honor.

```
                                                                    14
1           MR. COHEN:  Thank you, your Honor.
2           THE COURT:  Good to see everyone.
3           (The matter concluded.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## 1

**10** [3] - 1:6, 6:2, 6:3
**100** [4] - 1:13, 1:17, 1:23, 12:22
**10004** [1] - 1:21
**10017** [1] - 1:18
**10:30** [2] - 10:22, 10:23
**11722** [2] - 1:14, 1:24
**11th** [2] - 5:17, 7:21
**13th** [5] - 5:8, 5:11, 5:13, 5:15, 10:20
**16th** [1] - 10:19
**18th** [3] - 5:18, 10:22, 10:23

## 2

**2024** [1] - 12:21
**2025** [1] - 1:6
**21st** [1] - 5:23
**23-293** [1] - 2:1
**23-cr-293** [1] - 1:3
**23rd** [3] - 5:25, 6:1, 6:3
**27th** [1] - 5:20

## 3

**3** [1] - 12:21
**30** [1] - 5:16

## 5

**5** [1] - 1:6
**570** [1] - 1:23
**5th** [2] - 3:11, 3:22

## 6

**6** [1] - 10:19
**631** [1] - 1:23
**6th** [1] - 5:19

## 7

**712-6106** [1] - 1:23
**7th** [1] - 5:21

## 8

**8th** [4] - 4:4, 4:24, 11:2, 13:20

## 9

**90** [1] - 1:21

## A

**a.m** [3] - 1:6, 6:2, 6:3
**able** [2] - 7:14, 11:13
**accelerate** [2] - 8:13, 8:15
**accelerated** [1] - 10:13
**accelerating** [1] - 10:17
**ADAM** [2] - 1:5, 1:12
**Adam** [5] - 2:2, 2:6, 2:11, 8:4, 8:20
**additional** [2] - 7:7, 8:1
**adjournment** [2] - 3:15, 9:2
**adjust** [1] - 5:19
**adjusted** [1] - 13:21
**advance** [1] - 9:23
**advise** [1] - 7:6
**affidavit** [1] - 7:19
**agenda** [1] - 3:8
**Agent** [1] - 7:19
**agreeable** [1] - 11:3
**agreements** [1] - 13:13
**America** [1] - 2:2
**AMERICA** [1] - 1:3
**anticipate** [1] - 7:25
**APPEARANCES** [1] - 1:10
**appearances** [1] - 2:3
**appropriate** [1] - 12:24
**approve** [1] - 9:19
**approved** [1] - 12:10
**argument** [3] - 3:18, 5:24, 6:4
**arraigned** [1] - 2:18
**assume** [4] - 3:16, 7:1, 9:6, 10:15
**ATTORNEY** [1] - 1:12
**August** [2] - 5:3, 11:1
**AUSA** [2] - 1:12, 1:13
**Avenue** [1] - 1:17
**aware** [3] - 7:10, 7:22, 8:2
**AZRACK** [1] - 1:8

## B

**based** [1] - 7:24
**BEFORE** [1] - 1:8
**between** [3] - 7:8, 13:7, 13:19
**BIALE** [11] - 1:19, 2:13, 3:3, 4:12, 4:16, 4:20, 5:10, 6:25, 7:5, 10:3, 13:17
**Biale** [4] - 2:14, 3:2, 5:9, 13:15
**bill** [1] - 10:9
**BLUMENTHAL** [1] - 1:20
**Blumenthal** [1] - 2:14
**bond** [1] - 6:8
**briefed** [2] - 12:21, 13:3
**briefing** [2] - 6:10, 13:7
**Broad** [1] - 1:21
**Brooklyn** [5] - 4:2, 4:7, 4:9, 4:14, 8:18
**BUCK** [1] - 1:20
**Buck** [1] - 2:14
**business** [1] - 2:17
**busy** [1] - 3:24
**BY** [1] - 1:12

## C

**care** [1] - 12:2
**case** [6] - 2:1, 4:22, 4:23, 8:18, 8:22, 12:12
**CAT** [1] - 1:25
**Central** [5] - 1:5, 1:14, 1:24, 4:17, 4:23
**certain** [2] - 9:19, 12:11
**certainly** [2] - 4:13, 10:11
**challenged** [1] - 8:22
**charged** [1] - 7:20
**charges** [1] - 8:24
**chase** [1] - 3:13
**cheaper** [1] - 4:20
**CLAIRE** [1] - 1:20
**Claire** [1] - 2:14
**clarification** [1] - 6:25
**CLERK** [4] - 2:1, 5:25, 6:2, 10:22
**client** [2] - 2:20, 12:2
**clients** [1] - 12:11
**codes** [1] - 12:3
**cohen** [1] - 2:12
**COHEN** [24] - 1:15, 2:9, 2:21, 2:23, 3:1, 3:18, 4:5, 4:7, 5:7, 6:17, 6:21, 9:8, 9:12, 9:14, 9:16, 11:4, 11:12, 11:20, 11:25, 12:6, 12:17, 12:24, 13:25, 14:1
**Cohen** [6] - 1:17, 2:10, 2:19, 5:4, 9:3, 11:3
**comfort** [1] - 10:24
**company** [1] - 12:11
**compel** [1] - 12:18
**complete** [1] - 9:18
**completed** [1] - 9:25
**complex** [1] - 8:22
**concluded** [1] - 14:3
**conduct** [2] - 7:20, 7:22
**CONFERENCE** [1] - 1:8
**conference** [1] - 8:20
**consider** [1] - 13:21
**constantly** [1] - 8:5
**continuing** [1] - 7:11
**convenience** [1] - 11:19
**conviction** [1] - 6:18
**counsel** [2] - 2:3, 8:21
**COURT** [57] - 1:1, 1:9, 2:8, 2:12, 2:16, 2:22, 2:24, 3:2, 3:6, 3:11, 3:16, 3:20, 4:6, 4:8, 4:11, 4:15, 4:18, 4:22, 5:8, 5:11, 5:14, 5:17, 6:1, 6:3, 6:12, 6:20, 6:22, 7:3, 7:14, 7:24, 8:8, 8:12, 8:17, 9:2, 9:6, 9:10, 9:13, 9:15, 9:23, 10:15, 10:23, 11:5, 11:7, 11:10, 11:15, 11:21, 12:5, 12:16, 12:23, 13:1, 13:5, 13:8, 13:10, 13:15, 13:18, 13:24, 14:2
**Court** [1] - 1:23
**court** [8] - 7:2, 12:7, 12:8, 12:10, 12:12, 12:15, 12:25
**court's** [1] - 10:10
**Courthouse** [1] - 1:4
**criminal** [4] - 2:1, 4:2, 4:22, 8:17
**cut** [1] - 3:12

## D

**DANIEL** [1] - 1:5
**Daniel** [3] - 2:2, 2:15, 10:11
**date** [12] - 3:8, 3:23, 3:25, 4:24, 5:4, 5:21, 5:22, 5:24, 8:16, 10:21, 11:2, 13:20
**days** [1] - 5:16
**deadline** [1] - 10:13
**deal** [7] - 5:22, 10:25, 11:10, 11:17, 11:18, 12:7
**DEAN** [1] - 1:16
**Dean** [1] - 2:10
**debating** [1] - 12:3
**defendant** [3] - 2:11, 8:4, 8:20
**defendants** [3] - 2:18, 3:15, 13:14
**Defendants** [2] - 1:6, 1:15
**defense** [5] - 5:3, 7:22, 9:19, 10:19, 13:7
**defer** [1] - 6:18
**definitely** [1] - 7:9
**Deft** [2] - 1:16, 1:19
**describes** [1] - 7:19
**designation** [1] - 8:22
**DICK** [1] - 1:16
**Dick** [1] - 2:10
**discovery** [8] - 7:7, 7:10, 7:15, 7:18, 8:1, 8:8, 9:17, 9:21
**discuss** [3] - 3:7, 6:6, 11:7
**discussion** [1] - 4:13
**dispose** [1] - 6:19
**DISTRICT** [3] - 1:1, 1:1, 1:9
**done** [1] - 8:13
**down** [1] - 3:24
**DREW** [1] - 1:16
**Drew** [1] - 2:10
**DURHAM** [1] - 1:11

## E

**early** [1] - 4:2
**EASTERN** [1] - 1:1
**ECF** [1] - 12:21
**either** [2] - 6:4, 10:15
**enter** [1] - 2:24
**ESQ** [7] - 1:11, 1:15, 1:16, 1:16, 1:19, 1:19, 1:20

**eternal** [1] - 3:17
**excellent** [1] - 4:6
**exclude** [1] - 13:19
**expect** [2] - 7:7, 13:21
**expired** [1] - 13:14
**extended** [1] - 13:14
**extent** [5] - 4:13, 4:25, 5:5, 7:14, 10:6

**F**

**FCRR** [1] - 1:23
**Federal** [2] - 1:13, 1:23
**file** [1] - 10:12
**filed** [1] - 7:8
**files** [1] - 7:12
**financial** [1] - 12:19
**fine** [5] - 4:12, 5:7, 5:10, 7:5, 11:15
**firm** [1] - 12:19
**first** [1] - 2:17
**fits** [1] - 6:13
**folks** [1] - 4:1
**forfeiture** [2] - 6:8, 13:22
**formal** [1] - 2:22
**fourth** [1] - 10:21
**friends** [1] - 4:17
**fully** [2] - 12:21, 13:3

**G**

**GALE** [1] - 1:16
**Gale** [1] - 2:10
**given** [1] - 11:2
**Government** [1] - 1:11
**government** [7] - 5:20, 7:6, 10:4, 10:6, 10:16, 10:20, 11:9
**Gresser** [1] - 1:17
**guilty** [2] - 3:1, 3:5

**H**

**happy** [1] - 4:16
**hear** [1] - 3:18
**hearing** [2] - 6:4, 12:25
**hearings** [2] - 5:22, 5:23
**history** [1] - 11:22
**hold** [1] - 9:20
**Honor** [39] - 2:5, 2:9, 2:13, 2:21, 3:1, 3:3, 3:10, 4:5, 4:10, 4:12, 5:7, 5:10, 6:9, 6:17, 6:25, 7:5, 7:17, 8:3, 8:14, 8:20, 9:4, 9:8, 9:12, 9:19, 9:20, 10:3, 11:4, 11:6, 11:9, 11:12, 11:13, 12:1, 12:7, 12:17, 13:12, 13:17, 13:23, 13:25, 14:1
**HONORABLE** [1] - 1:8
**hope** [1] - 3:16
**hoping** [1] - 10:9

**host** [2] - 4:16, 4:18
**hotel** [1] - 4:19
**housekeeping** [1] - 12:6

**I**

**Ianuzzi's** [1] - 7:19
**IHT** [3] - 12:18, 13:3, 13:7
**indictment** [7] - 2:19, 2:20, 7:16, 7:18, 7:21, 8:23, 12:20
**information** [2] - 8:23, 10:4
**inquiry** [1] - 10:7
**intention** [1] - 8:10
**INTERIM** [1] - 1:12
**investigate** [1] - 7:11
**involved** [1] - 10:17
**Islip** [5] - 1:5, 1:14, 1:24, 4:17, 4:23
**issue** [8] - 6:12, 6:19, 6:23, 10:9, 12:15, 12:17, 13:24
**issues** [2] - 9:22, 11:11
**items** [1] - 12:7

**J**

**JMA** [1] - 1:4
**JOAN** [1] - 1:8
**JOHN** [1] - 1:11
**Judge** [1] - 3:19
**JUDGE** [1] - 1:9
**July** [9] - 4:2, 5:17, 5:18, 5:21, 5:23, 5:25, 6:3, 8:18
**June** [13] - 5:2, 5:7, 5:8, 5:11, 5:13, 5:14, 5:19, 5:20, 10:19, 10:20, 10:21, 10:22, 10:23

**K**

**KAPLAN** [2] - 1:5
**Kaplan** [7] - 1:16, 1:19, 2:2, 2:11, 2:15, 8:4, 10:12
**Kaplan's** [1] - 8:21
**keep** [1] - 9:10

**L**

**large** [1] - 8:1
**last** [1] - 8:20
**Lauren** [1] - 10:20
**leave** [1] - 11:16
**less** [1] - 5:16
**limine** [3] - 7:4, 10:1, 10:25
**literal** [1] - 8:24
**live** [1] - 5:8
**LLP** [1] - 1:20
**loan** [1] - 12:11
**loans** [1] - 12:11
**Lombardi** [1] - 1:23
**look** [3] - 4:11, 13:1, 13:10

**looking** [1] - 13:8
**lovely** [1] - 4:19

**M**

**March** [2] - 1:6, 9:24
**mark** [1] - 2:10
**MARK** [1] - 1:15
**matter** [3] - 2:17, 3:7, 14:3
**MDC** [3] - 8:5, 11:23, 12:3
**mean** [2] - 4:18, 12:4
**mechanical** [1] - 1:24
**medical** [2] - 11:11, 11:22
**Michael** [1] - 2:14
**MICHAEL** [1] - 1:19
**microphone** [1] - 9:15
**might** [1] - 3:21
**mind** [3] - 3:21, 4:1, 4:4
**missive** [1] - 10:5
**month** [1] - 9:23
**morning** [6] - 2:5, 2:8, 2:9, 2:12, 2:13, 2:16
**motion** [5] - 3:25, 8:13, 10:8, 12:18, 13:20
**motions** [12] - 5:2, 5:5, 5:15, 5:24, 6:4, 7:2, 7:8, 10:1, 10:12, 10:19, 10:25
**moving** [2] - 9:10, 9:11
**MR** [56] - 2:5, 2:9, 2:13, 2:21, 2:23, 3:1, 3:3, 3:10, 3:14, 3:18, 4:5, 4:7, 4:10, 4:12, 4:16, 4:20, 5:7, 5:10, 5:13, 5:16, 6:8, 6:16, 6:17, 6:21, 6:25, 7:5, 7:9, 7:17, 8:2, 8:9, 8:14, 8:19, 9:4, 9:8, 9:9, 9:12, 9:14, 9:16, 10:3, 11:4, 11:6, 11:8, 11:12, 11:20, 11:25, 12:6, 12:17, 12:24, 13:4, 13:6, 13:9, 13:12, 13:17, 13:23, 13:25, 14:1

**N**

**need** [6] - 3:7, 3:23, 6:6, 8:25, 11:7, 13:1
**needs** [2] - 12:3, 12:25
**new** [1] - 13:19
**NEW** [1] - 1:1
**New** [5] - 1:5, 1:14, 1:18, 1:21, 1:24
**next** [2] - 3:7, 3:8
**NOAM** [1] - 1:19
**Noam** [1] - 2:14
**nothing** [2] - 11:8, 13:17
**number** [2] - 12:19, 12:22
**NY** [2] - 1:18, 1:21

**O**

**obviously** [3] - 3:25, 7:11, 9:16

**October** [2] - 7:18, 8:24
**OF** [3] - 1:1, 1:3, 1:8
**Official** [1] - 1:23
**older** [1] - 8:18
**once** [1] - 4:23
**one** [1] - 12:19
**order** [4] - 6:12, 6:15, 6:23, 13:24
**outside** [1] - 8:23
**outstanding** [1] - 12:9
**own** [1] - 8:11

**P**

**Park** [1] - 1:17
**partial** [1] - 12:13
**particulars** [1] - 10:9
**Paul** [1] - 1:23
**people** [2] - 8:5, 11:16
**Ph** [1] - 1:23
**piece** [1] - 10:14
**pin** [1] - 3:23
**plate** [1] - 10:10
**Plaza** [2] - 1:13, 1:23
**plea** [3] - 2:24, 3:4, 13:13
**plenty** [1] - 9:24
**point** [2] - 13:2, 13:14
**portion** [1] - 10:8
**position** [1] - 10:12
**possible** [2] - 6:18, 8:15
**prepared** [2] - 3:22, 11:17
**pretrial** [2] - 7:1, 7:8
**proceed** [1] - 13:22
**Proceedings** [1] - 1:24
**produced** [1] - 1:25
**production** [2] - 12:13, 12:14
**put** [1] - 4:18
**putting** [1] - 4:20

**R**

**raise** [1] - 12:8
**rather** [2] - 9:25, 12:3
**reading** [2] - 2:22, 3:4
**realistic** [4] - 3:8, 3:12, 4:24, 5:4
**really** [1] - 4:23
**REBECCA** [1] - 1:13
**Rebecca** [1] - 2:6
**recent** [1] - 10:5
**record** [2] - 2:4, 13:13
**recorded** [1] - 1:24
**referred** [1] - 12:20
**refused** [1] - 8:21
**remaining** [1] - 12:14
**reply** [2] - 5:18, 5:21
**Reporter** [1] - 1:23
**resolve** [2] - 10:7, 11:23
**resolves** [1] - 10:16

**respond** [2] - 10:6, 10:16
**response** [2] - 10:5, 10:20
**rest** [1] - 6:14
**reviewed** [3] - 2:19, 3:4, 11:22
**RMR** [1] - 1:23
**rolling** [1] - 8:8

### S

**schedule** [9] - 6:3, 6:10, 6:13, 6:14, 7:1, 7:3, 8:13, 9:20, 13:20
**schedules** [1] - 3:24
**seated** [1] - 9:13
**see** [4] - 6:13, 7:6, 9:21, 14:2
**seeking** [1] - 12:14
**send** [3] - 7:12, 7:13, 8:9
**sending** [1] - 8:10
**sent** [1] - 7:9
**separate** [1] - 6:23
**September** [6] - 4:4, 4:24, 7:21, 11:2, 12:21, 13:20
**serve** [3] - 5:6, 5:11, 5:14
**services** [1] - 12:19
**set** [9] - 3:11, 3:23, 3:24, 5:21, 5:22, 7:3, 9:21, 12:25, 13:20
**Sher** [1] - 1:20
**significant** [2] - 10:8, 10:13
**sorry** [1] - 9:10
**sort** [2] - 9:22, 12:4
**speedy** [3] - 8:21, 9:6, 11:3
**spending** [1] - 12:3
**springs** [1] - 3:16
**state** [1] - 2:3
**statements** [2] - 8:7, 8:11
**STATES** [4] - 1:1, 1:3, 1:9, 1:12
**States** [3] - 1:4, 2:2, 2:7
**STATUS** [1] - 1:8
**statuses** [1] - 3:25
**stay** [1] - 9:13
**stenography** [1] - 1:24
**still** [1] - 10:17
**Street** [1] - 1:21
**subpoena** [2] - 12:10, 13:5
**subpoenas** [1] - 9:19
**suggestion** [1] - 9:20
**Suite** [1] - 1:23
**superseding** [6] - 2:18, 2:19, 7:16, 7:17, 7:20, 8:23

### T

**target** [1] - 9:11
**technically** [1] - 8:6
**tentative** [1] - 5:22
**terms** [1] - 11:1
**THE** [60] - 1:8, 2:1, 2:8, 2:12, 2:16, 2:22, 2:24, 3:2, 3:6, 3:11, 3:16, 3:20, 4:6, 4:8, 4:11, 4:15, 4:18, 4:22, 5:8, 5:11, 5:14, 5:17, 5:25, 6:1, 6:2, 6:3, 6:12, 6:20, 6:22, 7:3, 7:14, 7:24, 8:8, 8:12, 8:17, 9:2, 9:6, 9:10, 9:13, 9:15, 9:23, 10:15, 10:22, 10:23, 11:5, 11:7, 11:10, 11:15, 11:21, 12:5, 12:16, 12:23, 13:1, 13:5, 13:8, 13:10, 13:15, 13:18, 13:24, 14:2
**thinking** [2] - 3:21, 6:20
**third** [1] - 10:21
**today** [8] - 3:23, 6:6, 6:12, 7:24, 11:18, 12:3, 12:7, 13:19
**toporovsky** [1] - 5:12
**Toporovsky** [4] - 2:6, 3:9, 6:7, 13:3
**TOPOROVSKY** [23] - 1:12, 2:5, 3:10, 3:14, 4:10, 5:13, 5:16, 6:8, 6:16, 7:9, 7:17, 8:2, 8:9, 8:14, 8:19, 9:4, 9:9, 11:8, 13:4, 13:6, 13:9, 13:12, 13:23
**tranche** [1] - 8:1
**TRANSCRIPT** [1] - 1:8
**Transcript** [1] - 1:25
**tremonte** [1] - 13:15
**TREMONTE** [2] - 1:19, 11:6
**Tremonte** [3] - 1:20, 2:15, 11:5
**trial** [13] - 3:8, 3:22, 3:23, 4:2, 6:19, 8:15, 8:18, 8:21, 9:3, 9:7, 11:2, 11:3, 13:20
**Tristate** [1] - 12:10
**try** [2] - 11:23, 12:4
**trying** [2] - 11:14, 11:25
**turn** [1] - 8:6
**turned** [2] - 7:15, 7:18
**two** [1] - 12:6

### U

**UNITED** [4] - 1:1, 1:3, 1:9, 1:12
**United** [3] - 1:4, 2:1, 2:7
**unless** [1] - 4:8
**up** [5] - 4:11, 4:13, 4:19, 4:21, 5:3
**update** [1] - 12:12
**urge** [1] - 11:23
**Urquiola** [1] - 2:6
**URQUIOLA** [1] - 1:13

### V

**vein** [1] - 10:8
**versus** [1] - 2:2

### W

**waive** [4] - 2:22, 3:4, 8:21, 9:6
**waiving** [1] - 11:3
**week** [3] - 5:23, 10:21
**wonder** [1] - 6:17
**works** [1] - 4:5
**wrap** [1] - 5:3
**written** [1] - 10:3

### Y

**YORK** [1] - 1:1
**York** [5] - 1:5, 1:14, 1:18, 1:21, 1:24