

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PGS/AT/RMU
F. #2022R00047

*610 Federal Plaza*
*Central Islip, New York 11722*

August 14, 2025

<u>By E-mail and ECF</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: <u>United States v. Adam Kaplan and Daniel Kaplan</u>
           <u>Criminal Docket No. 23-293 (S-1)(JMA)</u>

Dear Judge Azrack:

      The government respectfully submits this letter in response to Daniel Kaplan's request to make additional affirmative motions <u>in limine</u>, past the Court-ordered deadline, which the defendants already received a substantial extension of time to file (<u>see</u> ECF No. 246).

To be clear, the government does not object to this request in theory. As Your Honor specifically held at the pretrial conference, if there were specific motions in limine related to subsequent government 3500 productions, the defendants could raise those in future motions. The government did not object to this proposal and still does not. The government reiterates that new affirmative motions should only be those narrowly tailored to new issues raised in 3500 productions that were made after the initial filing deadline. No substantive response is therefore warranted.[1]

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Adam R. Toporovsky
Paul G. Scotti
Rebecca M. Urquiola
Assistant U.S. Attorneys
(631) 715-7846 (Toporovsky)

---

[1] To be clear, the government has complied with its disclosure obligations and made an ongoing effort to respond to issues and further requests made by the respective defense teams, which has included, in significant part, directing them to materials already in their possession for well-over a year. For instance, attached as Exhibit A, under seal, is the defendants' August 7 letter requesting materials from the government, and, attached as Exhibit B, under seal, is the government's August 11 response.